IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 26-641 (JLH) |
| NETLIST, INC., Defendant. | ) | |

**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Micron Technology, Inc. and Micron Semiconductor Products, Inc. ("Micron") and Defendant/Counterclaim Plaintiff Netlist, Inc. ("Netlist") hereby stipulate and agree that all counterclaims asserted by Netlist against Micron in this action are hereby dismissed with prejudice, and that all of Micron's defenses, claims, or challenges asserted in this action alleging or relating to non-infringement, invalidity, or unenforceability of any of Netlist's Patents are dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees. Case C.A. 26-641 may be closed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiffs*

SHAW KELLER LLP

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant*

October 16, 2026

SO ORDERED this 21st day of October 2026.

UNITED STATES DISTRICT JUDGE